UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00190-1

AAKASH PRAKASH MAKWANA

## ORDER

On May 14, 2025, all counsel and the Defendant, as well as an interpreter who executed an Oath of Court Interpreter, appeared for a guilty plea hearing. Count Thirty-Five of the Superseding Indictment [ECF 38] charges the Defendant with Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1). The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on May 14, 2025. [ECF 61]. Objections in this case were due on May 31, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 61]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   June 6, 2025

Frank W. Volk
Chief United States District Judge